IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 13-619-SLR |
| | ) |
| LEXISNEXIS GROUP, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 11th day of August, 2014, there being no activity in the above captioned case since April 23, 2014;

IT IS ORDERED that, on or before **September 11, 2014,** plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute, pursuant to D. Del. L.R. 41.1. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                        /s/ _____
United States District Judge